ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 26 2006
U.S. COURT OF FEDERAL CLAIMS

BERNARD d'ABRERA and
HILL HOUSE PUBLISHERS PTY LTD.

Plaintiffs

v.

THE UNITED STATES
(SMITHSONIAN INSTITUTION)

Defendant

No. 06-427 C

**COMPLAINT**

Plaintiffs Bernard d'Abrera and Hill House Publishers Pty Ltd. ("Plaintiffs" or "Mr. d'Abrera") complain of Defendant the United States through the Smithsonian Institution ("Smithsonian" or "Defendant") as follows:

**NATURE OF THE ACTION**

1. This Complaint states claims for violations of the Copyright Act, 17 U.S.C. §§ 101, et. seq., and the Lanham Act, 15 U.S.C. §1125(a).

2. All conditions precedent to bringing and proceeding with the claim set forth in this Complaint has occurred.

**JURISDICTION AND VENUE**

3. Jurisdiction exists under 28 U.S.C. § 1498(b) because the Defendant is an establishment of the United States government charged with copyright infringement under the Copyright Act, 17 U.S.C. § 101, et. seq.

4. This claim is commencing within three years of accruing.

**PARTIES**

5. Plaintiff Bernard d'Abrera resides at 42 Burlington Road, Fulham, London SW6 4NX, United Kingdom, and is not a United States citizen. Mr. d'Abrera is a distinguished lepidopterists recognized worldwide.

6. Plaintiff, Hill House Publishers Pty Ltd ("Hill House") is a small publishing firm located in Malvern, Victoria. Mr. d'Abrera and his wife, Lucilla d'Abrera, are directors of Plaintiff, Hill House Publishers Pty Ltd.

7. Defendant, the United States, has consented to be sued and is sued by and through the Smithsonian Institution ("the Smithsonian"), a museum complex and research organization headquartered in Washington, D.C. The Smithsonian has 18 museums, the Smithsonian National Zoological Park, and 9 research centers. The Smithsonian is primarily funded through governmental appropriations, governmental entities, and private entities. The Conservation and Research Center ("CRC") is a Directorate, or Program, of the Smithsonian's National Zoological Park.

**FACTUAL BACKGROUND**

8. Bernard d'Abrera writes, illustrates and publishes books on butterflies, moths and other natural history subjects. His work is based on collections in various international institutions, but in particular on the collections of the British Museum (Natural History) (hereafter "BMNH") in London, England. Since 1969, he has held an agreement with that institution to lawfully to produce images of lepidoptera contained in the BMNH's collections, for his series of over 30 volumes on the lepidoptera of the world. Mr. d'Abrera and his wife also hold an exclusive license with BMNH to produce authentic facsimiles of antiquarian works from the BMNH's libraries.

9. There are approximately 4 million butterfly and 7 million moth specimens in the BMNH. In order to create an illustrated field guide or other systematic work on the lepidoptera of any given country, based on that collection, an individual would need to acquire knowledge and experience of the taxonomy, morphology, and bio-geography involving the lepidoptera of the world in general, and the country in particular; and spend at least six to eight hours per day working through every specimen in the area of his interest.

10. Since 1965, Mr. d'Abrera has engaged in the following:

(a) Identified Type specimens by dissection, examination of the literature in both the sectional and general libraries at the BMNH, and comparison with material known to exist in the Paris, Berlin, Senckenburg, Moscow, Singapore, and Thai National collections through correspondence or visitation.

(b) Since 1969 worked at the BMNH nearly every day, including weekends, in order to compile the primary information to make sure that the specimens selected were historically and scientifically accurate as representative vouchers.

(c) Traveled to areas of interest in order gather further evidence of the biology of the insects, their locations, and their Early Stages.

(d) Physically gathered the drawers of BMNH specimens, from which he selected his material and constructed his taxonomic list.

(e) Placed each selected specimen one at a time on a suitable background, and photographed each one.

(f) Replaced the specimens in the drawer, and returned the drawer to its proper place in the collection (four floors) of the BMNH.

11. In November 1969, Mr. d'Abrera commenced photography of the butterfly and moth specimens at the BMNH. He completed photography in November 2005.

12. Over the last forty years, Mr. d'Abrera has photographed approximately 18,000 species of butterflies of the world, and most of the larger moths. These species have been represented by over 60,000 individual specimen images. Mr. d'Abrera's published work has achieved a distinctive and recognizable photographic style, which, because of the unique reference nature of his work, is well-known throughout the world of lepidopterology.

13. Mr. d'Abrera has also described several new genera and over 100 new species and subspecies.

14. Over the years, Plaintiffs have published, *inter alia*, the following books: *Butterflies of the Afrotropical Region*, part 1 (1997); *Butterflies of the Australian Region* (1971); *Butterflies of the Holarctic Region*, part 1 (1990), part 2 (1992), part 3 (1993); *Butterflies of the NeoTropical Region*, part 1 (1981), part 2 (1984), part 3 (1987), part 4 (1987), part 5 (1988), part 6 (1994), part 7 (1995); *Butterflies of the Oriental Region*, part 1 (1982), part 2 (1985), part 3 (1986); *Concise Atlas of the Butterflies of the World* (2001); *Moths of Australia* (1974); *A Field Companion to the Butterflies of Australia and New Zealand* (1984); and *Birdwing Butterflies of the World* (1975) (Exhibit A). All images of butterflies and moths in these books were photographed by Mr. d'Abrera.

15. Mr. d'Abrera also contributed the plates to *The Butterflies of the Malay Peninsula*, 4th ed. (1992), which was first published in Malaysia.

16. The three parts of *Butterflies of the Oriental Region* were first published in Australia.

17. The three parts of *Butterflies of the Oriental Region* contain the most complete collection of photographs of butterfly and moth species for that region. All photographs of butterflies in these parts were taken by Mr. d'Abrera.

18. *Butterflies of the Oriental Region* and all other books published by the Plaintiffs contain a copyright notice identifying Mr. d'Abrera as the copyright owner. (See Exhibit B). *The Butterflies of the Malay Peninsula* also identifies Mr. d'Abrera as the illustrator, and thus the copyright owner of his own butterfly plates. (See Exhibit C).

19. Plaintiffs expended significant resources from 1965 through 2005 producing their work, and on the production of *Butterflies of the Oriental Region* (1980-1986).

20. During the past twenty years, Plaintiffs have licensed use of its butterfly and moth photographs for fees including but not limited to £30 (circa 1986), £ 130 (circa 1996-1999), and $312 (current) per image, rising incrementally with inflation and the United Kingdom cost of living index.

21. Upon information and belief, in connection with the government of Myanmar, the Smithsonian's CRC initiated the project of producing an illustrated checklist of the country's butterflies.

22. Upon information and belief, Scott Miller, associate director for conservation, and Stephen Kinyon, an amateur lepidopterist who "did not consider himself skilled enough for the task," began working on the project for the Smithsonian's National Zoo.

23. Upon information and belief, Stephen Kinyon and others at the Smithsonian's CRC realized that they could not collect specimens to cover every butterfly moth species found in Myanmar. Therefore, Kinyon and other individuals at the CRC **"filled in the gaps with images copied from several published works."** The published works from which Kinyon and others copied such images included Mr. d'Abrera's copyrighted works.

24. Stephen Kinyon scanned and used more than 1,275 butterfly pictures from Mr. d'Abrera's *Butterflies of the Oriental Region*, parts 1, 2, and 3, and over 100 butterfly pictures from *The Butterflies of the Malay Peninsula*.

25. Upon information and belief, *An Illustrated Checklist for the Butterflies of Myanmar* was published at the direction of the Smithsonian.

26. The cover of *An Illustrated Checklist for the Butterflies of Myanmar* states that it is "Sponsored by: Smithsonian Institution" and "Compiled by: Stephen Kinyon." (See Exhibit D).

27. Upon information and belief, costs of *An Illustrated Checklist for the Butterflies of Myanmar* were paid from funds of the Smithsonian, through the Smithsonian's CRC.

28. Mr. d'Abrera was given no attribution for his photographs in *An Illustrated Checklist for the Butterflies of Myanmar.*

29. *An Illustrated Checklist for the Butterflies of Myanmar*, which contained approximately 2,135 images, contained approximately 1,375 unauthorized reproductions of images from Plaintiffs' books without attribution.

30. At least some of the butterflies and moths featured in *An Illustrated Checklist for the Butterflies of Myanmar* were clearly and deliberately transposed or tampered with, i.e. by repairing tears in hindwings, airbrushing out legs, and cutting off a right forewing apex, apparently to disguise provenance of Mr. d'Abrera's original figures.

31. *An Illustrated Checklist for the Butterflies of Myanmar* was published without Plaintiffs' authorization to Myanmar and other people.

32. *An Illustrated Checklist for the Butterflies of Myanmar* was distributed without the Plaintiffs' authorization to Myanmar and other people. (See Exhibit E)

33. Plaintiffs first learned of *An Illustrated Checklist for the Butterflies of Myanmar* in or around October 2004.

**COUNT I – FIRST CLAIM FOR RELIEF**
**(Direct Copyright Infringement)**

34. Plaintiffs repeat and re-allege each and every allegation contained in paragraphs 1 through 33 as if fully set forth herein.

35. Plaintiffs have complied in all respects with the Copyright Act of 1976, 17 U.S.C. § 101 et. seq., as amended, and all other laws, treaties, and regulations governing copyrights, and has secured the exclusive rights and privileges in and to the copyrights of

*Butterflies of the Oriental Region*, by Bernard d'Abrera, and in the plates in *The Butterflies of the Malay Peninsula*.

36. *Butterflies of the Oriental Region* was first published in Australia, a signatory to the Berne Convention. *The Butterflies of the Malay Peninsula* was first published in Malaysia, a signatory to the Berne Convention.

37. Defendant's conduct constitutes direct infringement under 17 U.S.C. §§ 106 and 501 et seq. Defendant engaged in direct infringement of Plaintiff's copyright by (a) reproducing and distributing over 1,375 of Mr. d'Abrera's photographs without Plaintiffs' permission, license, or consent; and (b) preparing derivative works based upon the photographs and books without Plaintiffs' permission, license or consent.

38. The foregoing acts of infringement by the Smithsonian have been willful, intentional, and purposeful, in disregard of, and indifferent to the rights of the Plaintiff.

39. As a direct and proximate result of the direct infringements by the Smithsonian of Plaintiffs' copyright and exclusive rights under copyright, Plaintiffs are entitled to damages pursuant to 17 U.S.C. § 504(b) for each act of infringement.

40. The Smithsonian's conduct threatens to cause, and is causing, and unless enjoined and restrained by this Court, will continue to cause, Plaintiffs great and irreparable injury that cannot be fully compensated for or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further infringements of their copyright and exclusive rights under copyright.

**COUNT II – SECOND CLAIM FOR RELIEF**
**(Vicarious Copyright Infringement)**

41. Plaintiff repeats and re-alleges each and every allegation contained in this Complaint as if fully set forth herein.

42. At all relevant times, Defendant had the right and ability to supervise and/or control the infringing conduct of the CRC, Stephen Kinyon, Scott Miller, and the government of Myanmar by, without limitation, seeking out Mr. d'Abrera's permission to use his photographs, preventing publication of *An Illustrated Checklist for the Butterflies of Myanmar*, or ensuring that proper channels were followed prior to publication of *An Illustrated Checklist for the Butterflies of Myanmar*, but has failed to exercise such supervision and/or control. As a direct and proximate result of such failure, the CRC, Stephen Kinyon, Scott Miller, and the government of Myanmar have infringed Plaintiffs' copyrights.

43. At all relevant times, Defendant derived substantial financial benefit from infringement of Plaintiffs' copyrights by Stephen Kinyon, Chris Wemmer, Scott Miller, and the government of Myanmar in that, among other things, it saved time and money in publishing a scientifically authoritative *An Illustrated Checklist for the Butterflies of Myanmar*, and Defendant did dishonestly gain international recognition because it drew from Mr. d'Abrera's vast knowledge and experience in the field without compensating him.

44. The foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifferent to the rights of Plaintiff.

45. Defendant's conduct constitutes vicarious infringement of Plaintiffs' copyrights and Plaintiffs' exclusive rights under copyright in violation of 17 U.S.C. §§ 106 and 501.

46. As a direct and proximate result of the vicarious infringements by Defendant of Plaintiffs' copyright and exclusive rights under copyright, Plaintiffs are entitled to damages pursuant to 17 U.S.C. § 504(b) for each act of vicarious infringement.

47. Plaintiff is further entitled to attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

## DEMAND FOR JUDGMENT

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

(1) Plaintiff re-alleges the paragraphs in this Complaint as if fully set forth herein.

(2) That the Court find that Defendant infringed Plaintiff's copyright(s);

(3) That the Court enjoin Defendant from infringing, taking, denying, and/or diminishing Plaintiff's copyrighted matter, including an injunction from soliciting, carrying on, enforcing, or performing any contract which is the vehicle for its infringing actions;

(4) That Defendant is liable under United States copyright laws to Plaintiffs for statutory, and or actual damages such as but not limited to saved costs and disgorgement of Defendant's profit and benefit; at the election of Plaintiff.

(5) An award of Plaintiff's actual, general and specific, damages against Defendant in an amount to be determined at trial;

(6) For Plaintiff and against Defendant for statutory damages based upon Defendant's acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. § 101 et seq.;

(7) That Defendant be required to account for all gains and advantages derived from its acts of infringement and for its other violations of law, and reduce all such gains and advantages to money judgment in favor of Plaintiff;

(8) An award of Plaintiff's reasonable attorney's fees, including expert fees, and costs against Defendant;

(9) An award of pre- and post-judgment interest;

(10) That Plaintiff have judgment against Defendant for Plaintiff's costs and attorneys fees pursuant to the Copyright laws and the Equal Access to Justice Act; and

(11) For a preliminary and a permanent injunction enjoining the Smithsonian and the Smithsonian's agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, from (i) directly or indirectly infringing in any manner any of Plaintiffs' copyright or other exclusive rights (whether now in existence or hereafter created); (ii) causing, contributing to, enabling, facilitating, or participating in the infringement of any of Plaintiffs' respective copyrights; and (iii) causing, contributing to enabling, facilitating, or participating in the reproduction or distribution of any of Plaintiffs' copyrights.

(12) For damages in such an amount as may be found, or for such other amount as may be proper pursuant to 17 U.S.C. § 504(b).

(13) For damages in such an amount as may be found, or for such other amounts as may be proper pursuant to 15 U.S.C. § 1117(a).

(14) For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: May 19, 2006

Sally Wiggins
Kara L. Szpondowski
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
*Attorneys for Plaintiffs*

The Library of Congress >> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG

Help | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = d'abrera bernard
**SEARCH RESULTS:** Displaying 1 through 12 of 12.

◀ Previous Next ▶

**Resort results by:** Add Limits to Search Results

| # | Name Heading | Name: Main Author, Creator, etc. | Full Title | Date |
|---|---|---|---|---|
| ☐ [ 1 ] | D'Abrera, Bernard | Barlow, Henry Sackville. | Introduction to the moths of South East Asia / by H.S. Barlow ; with plates by Bernard D'Abrera. | 1982 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL556.A785 B37 1982 | |
| ☐ [ 2 ] | D'Abrera, Bernard | Corbet, A. Steven (Alexander Steven), 1896-1948. | Butterflies of the Malay Peninsula / by A Steven Corbet and H.M. Pendlebury. | 1992 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL556.M4 C67 1992 | |
| ☐ [ 3 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Birdwing butterflies of the world / Bernard D'Abrera. | 1976 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL561.P2 D3 | |
| ☐ [ 4 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Afrotropical region / Bernard d'Abrera. | 1997 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL557.A1 D3 1997 fol. | |
| ☐ [ 5 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Afrotropical region / Bernard D'Abrera ; based on Synonymic catalogue of the butterflies of the Ethiopian region by R.H. Carcasson. | 1980 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL557.A1 D3 1980 fol. | |
| ☐ [ 6 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Australian region. | 1971 |
| | ACCESS: | | | |

EXHIBIT A

| No. | Name | Author | Title | Date | Access | Call Number |
|---|---|---|---|---|---|---|
| | | | | | Jefferson or Adams Bldg General or Area Studies Reading Rms | QL558 .D3 |
| ☐ [7] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Australian region / Bernard D'Abrera. | 1990 | Jefferson or Adams Bldg General or Area Studies Reading Rms | QL558 .D3 1990 fol. |
| ☐ [8] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Holarctic region / Bernard D'Abrera. | 1990 | Jefferson or Adams Bldg General or Area Studies Reading Rms | QL543 .D3 1990 fol. |
| ☐ [9] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the neotropical region / Bernard D'Abrera. | 1981 | Jefferson or Adams Bldg General or Area Studies Reading Rms | QL553.A1 D3 1981 fol. |
| ☐ [10] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Oriental region / Bernard D'Abrera. | 1982 | Jefferson or Adams Bldg General or Area Studies Reading Rms | QL556.S67 D3 1982 fol. |
| ☐ [11] | D'Abrera, Bernard | D'Abrera, Bernard. | Field companion to the butterflies of Australia and New Zealand / Bernard D'Abrera. | 1984 | Jefferson or Adams Bldg General or Area Studies Reading Rms | QL558 .D32 1984 |
| ☐ [12] | D'Abrera, Bernard | D'Abrera, Bernard. | Moths of Australia / [by] Bernard D'Abrera. | 1974 | Jefferson or Adams Bldg General or Area Studies Reading Rms | QL558 .D33 |

Clear Marked Records Retain Marked Records

◀ Previous Next ▶

| Save, Print or Email Records (View Help) | |
|---|---|
| Select Records | Select Text or MARC Format: Text (Brief Information) Press to SAVE or PRINT |
| All (this page only)<br>Selected (this page only)<br>Selected (across pages) | Email Text (Full Info) to: Press to SEND EMAIL |

Revise Search: d'abrera bernard Select Type: Author/Creator Browse

25 records per page Search Reset

Help - Search - History - Headings - Titles - Request - Account - Databases - Exit

The Library of Congress

Library of Congress Online

URL: http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/

First published in 1985 by
Hill House, c/o
Greening, Johson & Gilbert
Solicitors
37 Queen Street
Melbourne 3000
© Bernard D'Abrera 1984

Typeset by Setrite Typesetters, Hong Kong
Printed and bound by
Kyodo-Shing Loong Ltd. Singapore.

Designed by Derrick I. Stone Design
Index compiled by Sue Stokes

National Library of Australia
Cataloguing-in-publication Data

D'Abrera, Bernard, 1940–
Butterflies of the oriental region. Part 2.
Nymphalidae, Satyridae, Amathusidae.

Bibliography.
Includes index.
ISBN 0 9593639 1 2.

1. Butterflies — East Asia. I. Title.
II. Title: Nymphalidae, Satyridae,
Amathusidae.

595.78'9'095

The series
*Butterflies of the World*
by Bernard D'Abrera
is an
HONOURABLE MENTION AWARD WINNER
OF THE ROLEX AWARDS
FOR ENTERPRISE 1984

MONTRES ROLEX
GENÈVE

EXHIBIT
tabbies
B

First published in 1982 by
Hill House
High View Road, Ferny Creek
Victoria Australia
© Bernard D'Abrera 1982

Sole distribution in the U.K. by
E. W. Classey, Faringdon, Oxon.

Typeset by Meredith Trade Lino
Richmond Victoria Australia
Printed and bound in Hong Kong by
Dai Nippon

Designed and produced by
Derrick I. Stone Design

Index compiled by author
from a manuscript prepared by Sheila Halsey
of the British Museum (Natural History)

National Library of Australia
*Cataloguing-in-Publication data*

---

D'Abrera, Bernard, 1940–
Butterflies of the oriental region. Part 1.

Bibliography.
Includes index.
ISBN 0 9593639 0 4.

I. Butterflies — East Asia. I. Title.
595.78'9'095

First published in 1986 by
Hill House
c/o
Greening, Johson & Gilbert
Solicitors
37 Queen Street
Melbourne 3000
Victoria Australia

© Bernard D'Abrera 1986

Typeset by Setrite Typesetters, Hong Kong
Printed and bound by
Kyodo-Shing Loong Ltd, Singapore

Designed by Derrick I Stone Design
Index compiled by Sue Stokes

ISBN 0 9593639 4 7

The series
*Butterflies of the World*
by Bernard D'Abrera
is an
HONOURABLE MENTION AWARD WINNER
OF THE ROLEX AWARDS
FOR ENTERPRISE 1984

The Library of Congress >> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG

Help | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = d'abrera bernard
**SEARCH RESULTS:** Displaying 10 of 12.

◀ Previous Next ▶

Brief Record | Subjects/Content | Full Record | MARC Tags

***Butterflies of the Oriental region / Bernard D'Abrera.***

**LC Control Number:** 82217884
**Type of Material:** Book (Print, Microform, Electronic, etc.)
**Brief Description:** D'Abrera, Bernard.
Butterflies of the Oriental region / Bernard D'Abrera.
Victoria, Australia : Hill House, in association with E.W. Classey, 1982-1986.
3 v. : col. ill. ; 35 cm.
**ISBN:** 0959363904

---

**CALL NUMBER:** QL556.S67 D3 1982 fol.
Copy 1
**-- Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms
**-- Status:** Not Charged

◀ Previous Next ▶

| Save, Print or Email Records (View Help) | | |
|---|---|---|
| Select Download Format: | Text (Brief Information) | Press to SAVE or PRINT |
| Email Text (Full Info) to: | | Press to SEND EMAIL |

Help - Search - History - Headings - Titles - Request - Account - Databases - Exit

The Library of Congress
URL: http://www.loc.gov/
Mailing Address:

Catalog/authority record errors?
Use our Error Report Form
Questions about searching?

Library of Congress Online Catalog
URL: http://catalog.loc.gov/
Library of Congress

101 Independence Ave, S.E.
Washington, DC 20540

Ask a Librarian

**Authorities**
*URL:* http://authorities.loc.gov/

The Library of Congress >> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG

Help | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = d'abrera bernard
**SEARCH RESULTS:** Displaying 2 of 12.

◀ Previous Next ▶

Brief Record | Subjects/Content | Full Record | MARC Tags

***The butterflies of the Malay Peninsula / by A Steven Corbet and H.M....***

**LC Control Number:** 92946093
**Type of Material:** Book (Print, Microform, Electronic, etc.)
**Brief Description:** Corbet, A. Steven (Alexander Steven), 1896-1948.
The butterflies of the Malay Peninsula / by A Steven Corbet and H.M. Pendlebury.
4th ed. / rev. by J.N. Eliot ; with plates by Bernard d'Abrera.
Kuala Lumpur, Malaysia : Malayan Nature Society, 1992.
x, 595 p., 69 leaves of plates : ill. (some col.), maps ; 26 cm.
**ISBN:** 9839681052

---

**CALL NUMBER:** QL556.M4 C67 1992
Copy 1
**-- Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms
**-- Status:** Not Charged

◀ Previous Next ▶

| Save, Print or Email Records (View Help) | |
|---|---|
| Select Download Format: Text (Brief Information) | Press to SAVE or PRINT |
| Email Text (Full Info) to: | Press to SEND EMAIL |

EXHIBIT
C

Help - Search - History - Headings - Titles - Request - Account - Databases - Exit

The Library of Congress
URL:

Catalog/authority record errors?

Library of Congress Online Catalog

http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

Use our Error Report Form
**Questions about searching?**
Ask a Librarian

*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/

# *AN ILLUSTRATED CHECKLIST FOR THE BUTTERFLIES OF MYANMAR*

**Sponsored by:**

Smithsonian Institution

**Compiled by:**

**Stephen Kinyon**

EXHIBIT
tabbies
D

Academy Library

Sign-in | End Session | My library card | Preferences | Databases | Feedback | Help
Browse | Search | Results List | Previous Searches | Basket | Speculative Order

## Academy Library - Holdings

Back

Kinyon, Stephen.
A field guide to the butterflies of Myanmar /
[Yangon? : National Wildlife Conservation Dept.?, 2003?]
197 p. : all ill. ; 23 cm.

Location Main QL556.B93 K56 2003

Click on the "request" link to make a hold request for an item.
Scroll down for further location information.

Select year All Select volume All Select sublibrary CAS Go

| | Item status | Due date | Collection | Location | Description |
|---|---|---|---|---|---|
| Request Expand | Research Collection | On Shelf | Main | QL556.B93 K56 2003 | |
| Request Expand | Research Collection | On Shelf | Main | QL556.B93 K56 2003 | |

© 2004 Ex Libris

EXHIBIT
E