# In The United States Court of Federal Claims

## Cover Sheet

06-427 C

Plaintiff(s) or Petitioner(s)

Bernard d'Abrera and Hill House Publishers Pty. Ltd.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Sally Wiggins

Firm Name: Niro, Scavone, Haller & Niro

Post Office Box:

Street Address: 181 West Madison, Suite 4600

City-State-Zip: Chicago, Illinois 60602

Telephone & Facsimile Numbers: (312) 236-0733 and (312) 236-3137-fax

E-mail address: wiggins@nshn.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 5 0 2

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: D O J

See attached Sheet for three digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005