IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-427C

(Filed: September 8, 2006)

BERNARD d'ABRERA and HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the government's motion to dismiss the plaintiffs' complaint for lack of subject matter jurisdiction, which motion was filed July 18, 2006.

A hearing shall be held to address this matter on October 19, 2006, commencing at 10:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge