IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-427C

(Filed: November 28, 2006)

BERNARD d'ABRERA and
HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference is scheduled for December 5, 2006 at 10:00 a.m. EST. The status conference will take place by telephonic means. The court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge