IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-427C

(Filed: December 5, 2006)

BERNARD d'ABRERA and
HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference was held on this date, during which the parties were requested to file with this court supplemental briefings relating to proceedings before Judge Conner in d'Abrera v. Smithsonian Institution, No. 06-3550 (S.D.N.Y.). The plaintiffs' supplemental briefing shall be filed on or before December 11, 2006. The government's supplemental briefing shall be filed on or before December 15, 2006.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge