UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COPY

BERNARD d'ABRERA and HILL HOUSE PUBLISHERS PTY, LTD.,

Plaintiffs,

-- against --

SMITHSONIAN INSTITUTION AND STEPHEN KINYON,

Defendants.

06 Civ. 3550 (WCC)

STIPULATION AND ORDER OF TRANSFER AND DISMISSAL

FCF CASE

WHEREAS on or about May 10, 2006, Plaintiffs Bernard D'Abrera and Hill House Publishers Pty, Ltd. ("Plaintiffs") filed a Complaint ("Complaint") against defendants the Smithsonian Institution ("Smithsonian") and Steven Kinyon ("Kinyon"), for alleged violations of the Copyright Act, 17 U.S.C. §§ 101 et seq., and the Lanham Act, 15 U.S.C. § 1125(a);

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties:

1. Plaintiffs' Lanham Act claim is dismissed with prejudice and without costs to either party.

2. Pursuant to 28 U.S.C. § 1498, the Court lacks subject matter jurisdiction over Plaintiffs' copyright claims against the Smithsonian and Stephen Kinyon.

3. With respect to the allegations in the Complaint, Kinyon was acting with the authorization and consent of the Smithsonian.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: ______

EXHIBIT
A

COPIES MAILED TO COUNSEL OF RECORD for Δ

4. In the interest of justice, Plaintiffs' copyright claim against the Smithsonian and Stephen Kinyon is hereby transferred to the Federal Court of Claims pursuant to 28 U.S.C. § 1631.

Dated: Chicago, Illinois
October 31, 2006

Niro, Scavone, Haller & Niro
Attorneys for Plaintiffs

By: ______________________

SALLY WIGGINS, Esq.
181 W. Madison, Suite 4600
Chicago, Illinois, 60602

Dated: New York, New York
~~October~~ 6, 2006
November

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants
Smithsonian Institution and Stephen Kinyon

By: ______________________

ALLISON D. PENN (AP-3787)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2725
Fax. No.: (212) 637-2702

SO ORDERED: Nov. 8, 2006

William C. Conner
UNITED STATES DISTRICT JUDGE



TOTAL P.03
TOTAL P.05