# EXHIBIT D

**7:06-cv-03550-WCC** d'Abrera et al v. Smithsonian Institution et al
William C. Conner, presiding
**Date filed:** 05/10/2006
**Date terminated:** 11/08/2006 **Date of last filing:** 06/07/2007

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | *Filed:*<br>*Entered:* | 05/10/2006<br>05/11/2006 | Summons Issued |
| | *Docket Text:* SUMMONS ISSUED as to Smithsonian Institution, Stephen Kinyon. (mde, ) | | |
| -- | *Filed:*<br>*Entered:* | 05/10/2006<br>05/11/2006 | Case Designated ECF. |
| | *Docket Text:* Case Designated ECF. (mde, ) | | |
| -- | *Filed:*<br>*Entered:* | 05/10/2006<br>05/11/2006 | Case Designation |
| | *Docket Text:* Magistrate Judge Lisa M. Smith is so designated. (mde, ) | | |
| -- | *Filed:*<br>*Entered:* | 05/10/2006<br>05/11/2006 | Mail Copyright Form (case opening) |
| | *Docket Text:* Mailed notice to Register of Copyrights to report the filing of this action. (mde, ) | | |
| 1 | *Filed:*<br>*Entered:* | 05/10/2006<br>05/11/2006 | Complaint |
| | *Docket Text:* COMPLAINT against Smithsonian Institution, Stephen Kinyon. (Filing Fee $ 350.00, Receipt Number #575074)Document filed by Bernard d'Abrera, Hill House Publishers PTY LTD.. (Attachments: # (1) # (2) # (3) # (4) Exhibit)(mde, ) | | |
| 2 | *Filed:*<br>*Entered:* | 05/10/2006<br>05/11/2006 | Rule 7.1 Corporate Disclosure Statement |
| | *Docket Text:* RULE 7.1 DISCLOSURE STATEMENT. Document filed by Bernard d'Abrera, Hill House Publishers PTY LTD..(mde, ) | | |
| 3 | *Filed:*<br>*Entered:* | 05/10/2006<br>05/11/2006 | Notice of Appearance |
| | *Docket Text:* NOTICE OF APPEARANCE by Aldo Vitagliano on behalf of Bernard d'Abrera, Hill House Publishers PTY LTD. (mde, ) | | |
| 4 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/30/2006<br>07/06/2006<br>07/10/2006 | Motion to Appear Pro Hac Vice |
| | *Docket Text:* MOTION and supporting documents for SALLY WIGGINS and KARA SZPONDOWSKI to Appear Pro Hac Vice. Document filed by Bernard d'Abrera, Hill House Publishers PTY LTD. (gco, ) | | |
| 5 | *Filed:*<br>*Entered:* | 07/10/2006<br>07/11/2006 | Order on Motion to Appear Pro Hac Vice |
| | *Docket Text:* ORDER granting [4] Motion for Sally Wiggins and Kara Szpondowski to Appear Pro Hac Vice. Fee paid $50.00, receipt #581792. (Signed by Judge William C. Conner on | | |

| | | |
|---|---|---|
| | 07/10/06) (jma, ) | |
| -- | *Filed & Entered:* 10/23/2006 | Pretrial Conference - Initial |
| | *Docket Text:* Minute Entry for proceedings held before Judge William C. Conner : Initial Pretrial Conference held on 10/23/2006. No Court Reporter. Parties will stipulate to transfer venue to Washington D.C. Court of Claims. Court awaiting receipt of Stip. & Order from parties to "So Order". (jma, ) | |
| -- | *Filed:* 11/08/2006<br>*Entered:* 11/09/2006 | Remark |
| | *Docket Text:* Certified copy of Order and Docket Sheet sent to US Court of Federal Claims. (jma, ) | |
| -- | *Filed:* 11/08/2006<br>*Entered:* 04/05/2007 | Remark |
| | *Docket Text:* CASE REMANDED OUT from the U.S.D.C. Southern District of New York to the United States Court of Federal Claims, 717 Madison Place, NW - Washington, DC 20005. Sent certified copy of docket entries, documents #1-6 and remand order. Mailed via Federal Express AIRBILL # 8586 0636 4446 on 4/5/2007. (mde) | |
| 6 | *Filed:* 11/08/2006<br>*Entered:* 11/09/2006 | Stipulation and Order of Dismissal |
| | *Docket Text:* STIPULATION AND ORDER OF TRANSFER (TO THE FEDERAL COURT OF CLAIMS), AND DISMISSAL prejudice... without costs.... (Signed by Judge William C. Conner on 11/08/06) Copies Mailed By Chambers".(jma, ) | |
| -- | *Filed & Entered:* 06/07/2007 | Remark |
| | *Docket Text:* (DUPLICATE) CASE REMANDED OUT from the U.S.D.C. Southern District of New York to the United States Court of Federal Claims, Clerk's Office, 717 Madison Place, NW - Washington, DC 20439. Sent certified copy of docket entries, documents #1-6 and remand order to the attention of Debbie Samler. Mailed via Federal Express AIRBILL # 858606364994 on 6/7/2007. (fk) | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/03/2007 10:56:18 | | | |
| **PACER Login:** | ns0012 | **Client Code:** | d abrera |
| **Description:** | History/Documents | **Search Criteria:** | 7:06-cv-03550-WCC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |