IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-427 C
No. 07-365 C

(Filed: October 29, 2007)

| | |
|---|---|
| BERNARD d'ABRERA and HILL HOUSE PUBLISHERS PTY LTD., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |
| BERNARD d'ABRERA and HILL HOUSE PUBLISHERS PTY LTD., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

Pending before the court is the parties' Joint Preliminary Status Report, filed October 29, 2007. In light of the representations made by the parties in that report, the court adopts the following schedule for further proceedings:

| Event | Deadline |
|---|---|
| Completion of fact discovery | May 2, 2008 |
| Submission of expert reports | June 6, 2008 |
| Submission of responsive expert reports | July 7, 2008 |
| Completion of expert depositions | August 4, 2008 |

| | |
|---|---|
| Pre-trial conference | October 6, 2008 at 10:00 a.m. in the National Courts Building |
| Commencement of trial | October 14, 2008 at 9:30 a.m. in the National Courts Building |

It is so ORDERED.

s/ Charles F. Lettow
Judge