IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-427C

(Filed: March 24, 2008)

BERNARD d'ABRERA and
HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court will hold a telephonic status conference on April 22, 2008, at 10:00 a.m. EDT, to review the parties' preparations for trial. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge