IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BERNARD d'ABRERA and<br>HILL HOUSE PUBLISHERS PTY LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 06-427 C<br><br>Judge Charles F. Lettow |
| BERNARD d'ABRERA and<br>HILL HOUSE PUBLISHERS PTY LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 07-365 C<br><br>Judge Charles F. Lettow |

**DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

Defendant the United States ("the government") moves to stay all proceedings in these consolidated cases for a period of sixty (60) days from the grant of this Motion, so that the government may consider an offer of settlement from Plaintiffs. This is the government's first motion for this purpose. On April 21, 2008, counsel for Plaintiffs advised counsel for the government that Plaintiffs do not oppose the requested sixty (60) day stay of all proceedings.

Statement in Support of Motion

On April 18, 2008, Plaintiffs submitted a formal offer of settlement that will dispose of these consolidated cases. Defendant's counsel is prepared to recommend that this offer be accepted. However, the time requested is needed to enable the appropriate officials to consider this offer and

authorize its acceptance. To avoid further expenditure of time and resources, the government moves that all proceedings in this action be stayed for sixty days to permit appropriate consideration of Plaintiffs' offer of settlement.

Conclusion

For the above reasons, Defendant respectfully requests that this unopposed Motion be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

s/ Scott Bolden
SCOTT BOLDEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

OF COUNSEL:
LAURYN GUTTENPLAN
Smithsonian Institution

April 21, 2008