IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-427C
No. 07-365C

(Filed: April 23, 2008)

| | |
|---|---|
| BERNARD d'ABRERA and HILL HOUSE PUBLISHERS PTY LTD., | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |
| BERNARD d'ABRERA and HILL HOUSE PUBLISHERS PTY LTD., | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is defendant's unopposed motion for stay, filed on April 21, 2008. Defendant moves to stay all proceedings in these consolidated cases for sixty days, so that it may consider a settlement offer from the plaintiffs.

Defendant's motion is DENIED. As addressed at the status conference held yesterday in these cases, the pre-trial schedule for trial preparatory steps has been extended to allow consideration by the parties of settlement possibilities. However, the dates for trial remain firm.

It is so ORDERED.

s/ Charles F. Lettow
Judge