IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-427C
No. 07-365C

(Filed: April 23, 2008)

BERNARD d'ABRERA and
HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

BERNARD d'ABRERA and
HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pursuant to a status conference held yesterday, April 22, 2008, and by agreement of the parties, fact discovery is extended to conclude on August 4, 2008, co-extensive with the conclusion of expert discovery.

It is so ORDERED.

s/ Charles F. Lettow
Judge