IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BERNARD d'ABRERA and<br>HILL HOUSE PUBLISHERS PTY LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-427 C<br><br>Judge Charles F. Lettow |
| BERNARD d'ABRERA and<br>HILL HOUSE PUBLISHERS PTY LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-365 C<br><br>Judge Charles F. Lettow |

**STIPULATION FOR THE ENTRY OF JUDGMENT**

For the purpose of settling and compromising these consolidated actions, Plaintiffs, Bernard d'Abrera and Hill House Publishers Pty Ltd., and Defendant, the United States ("the government"), stipulate to the following:

1. Plaintiffs, Bernard d'Abrera and Hill House Publishers Pty Ltd., are the exclusive owners of all right, title, and interest in all copyrights for *Butterflies of the Oriental Region, Part I*; *Butterflies of the Oriental Region, Part II*; *Butterflies of the Oriental Region, Part III*; and *The Butterflies of the Malay Peninsula*; and have the right to grant licenses in said copyrights.

2. Plaintiffs brought this action pursuant to 28 U.S.C. § 1498(b) seeking reasonable and entire compensation for the alleged infringement by or for the government of these copyrights.

3. Plaintiffs have submitted a written offer to the government to settle this action by fully releasing the government from all claims that were brought or could have been brought in these consolidated cases; and from all liability for any and all use by or for the United States related solely to the accused work *An Illustrated Checklist for the Butterflies of Myanmar*, and, throughout the world, of any copyrights claimed in *Butterflies of the Oriental Region, Part I*; *Butterflies of the Oriental Region, Part II*; *Butterflies of the Oriental Region, Part III*; and *The Butterflies of the Malay Peninsula*, and any related works, related solely to the accused work *An Illustrated Checklist for the Butterflies of Myanmar*. In addition, as part of the settlement, the government would fully release Plaintiffs from any and all claims that were brought in these consolidated cases.

4. The government, by its authorized representative of the Attorney General, has duly agreed to accept this offer.

5. In consideration for this Stipulation for Entry of Judgment and the releases set forth in ¶ 3 above, the parties have agreed that judgment in these consolidated actions be entered in favor of Plaintiffs and against the government for the total lump sum of One-Hundred Twenty Thousand Dollars ($120,000.00).

6. In accordance with the terms of the offer and the acceptance and to secure the performance thereof, the government, by its authorized representative of the Attorney General, and Plaintiffs hereby enter into this Stipulation to be filed in the above-identified actions for the purpose of causing a final judgment to be entered against the government in accordance with the terms set forth above.

7. The parties agree to bear their own costs and attorneys' fees.

8. In the event that the Court declines to enter judgment in accordance with this Stipulation, in whole or in part, the Stipulation shall be void, and without prejudice to any party.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director
(Authorized representative of the Attorney General)

SCOTT BOLDEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

OF COUNSEL:
LAURYN GUTTENPLAN
Smithsonian Institution

April 24, 2008

Respectfully submitted,

Dated: 4-23-08

SALLY WIGGINS
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

Attorney for Plaintiffs

BERNARD d'ABRERA
Plaintiff (and authorized representative of Plaintiff Hill House Publishers Pty Ltd.)