IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-427C
No. 07-365C

(Filed: April 25, 2008)

BERNARD d'ABRERA and
HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

BERNARD d'ABRERA and
HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER FOR ENTRY OF FINAL JUDGMENT

Pending before the court is the parties' Stipulation for the Entry of Judgment filed on April 24, 2008. The Stipulation recites that the parties have reached a full and complete settlement of the dispute in these copyright cases, and they request that the court enter judgment in favor of plaintiffs for the lump sum of $120,000. The court has reviewed each of the terms of the Stipulation and concludes that those terms are an acceptable and appropriate resolution of these actions.

Accordingly, in conformity with the parties' Stipulation for Entry of Judgment, the clerk shall enter final judgment in these consolidated actions in favor of plaintiffs and against defendant in the amount of $120,000.

No costs.

It is so ORDERED.

s/ Charles F. Lettow
Judge