# In the United States Court of Federal Claims

**Nos. 06-427 C and 07-365 C**
**(consolidated)**

**BERNARD d'ABRERA and**
**HILL HOUSE PUBLISHERS**
**PTY LTD.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' stipulation for entry of judgment, filed April 24, 2008, and the court's Order for entry of final judgment, filed April 25, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the sum of $120,000.00. No costs.

John S. Buckley
Acting Clerk of Court

April 28, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.